1   Arthur D. Levy (SBN 95659)
    Three Embarcadero Center, Suite 1650
2   San Francisco, CA 94111
    Telephone: (415) 702-4550
3   Email: arthur@yesquire.com

4   Attorney for Defendants
    RICHARD L. BRADLEY and
5   WEST COAST SCRAP PRODUCERS, INC.

6

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11   NORTHERN CALIFORNIA WATCH, a   )   Case No.: C-09-2601 MMC
     non-profit Corporation,        )
12                                  )   **APPLICATION FOR**
                                    )   **ADMINISTRATIVE RELIEF TO**
13               Plaintiffs,        )   **CONTINUE CASE MANAGEMENT**
                                    )   **CONFERENCE:** ~~**PROPOSED**~~ **ORDER** DENYING
14           v.                     )   CONTINUANCE AND EXCUSING DEFENDANTS
                                    )   CMC Date:  July 17, 2009   FROM ATTENDING
15   WEST COAST METALS, INC.,       )   Time:  10:30 a.m.          CONFERENCE
     RICHARD L. BRADLEY, WEST       )   ~~Courtroom 7~~
16   COAST SCRAP PRODUCERS, INC.,   )
     OPTICAL COATING LABORATORY,    )   Judge:  Hon. Maxine M. Chesney
17   INC., DOES 1 THROUGH 10 Inclusive, )
                                    )
18               Defendants.        )
     _____)

19          I, Arthur D. Levy, declare:

20          1.      This action was filed on June 11, 2009.

21          2.      I have been retained  to represent defendants Richard L. Bradley and West Coast

22   Scrap Producers, Inc. in this case.

23          3.      On July 9, 2009, I first received the Waiver of Summons and the Complaint from

24   plaintiff's counsel.

25          4.      I have not yet signed and returned the Waiver of Summons, although I intend to

26   do so.

27          5.      In reviewing the ECF docket in this case, I noticed that the Court has set a Case

28   Management Conference for next Friday, July 17, 2009.

---

6.     I will be away on a long-planned vacation in the Trinity wilderness throughout the entire week of July 13 and will be unavailable to attend the conference on July 17.

7.     To my knowledge, no defendant has been served in this case.  Defendants Bradley and West Coast Scrap have not been served with process, other than per the Waiver of Summons form mentioned above.

8.     Good cause exists for continuing the conference based on absence of service and appearances by defendants and my unavailability for the scheduled date.

9.     On July 10, I telephoned plaintiff's counsel in order to request a stipulation to continue the conference.  He was unavailable today.  Since this is my last day in the office until July 20, I am not available next week to resolve any stipulations with plaintiff's counsel.

10.     I therefore ask that the Court reset the July 17 conference on a date sufficiently in the future to allow all defendants to provide service waivers or be served, to retain counsel and appear, and for all counsel to confer in advance of the conference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of July 2009.

/s/ Arthur D. Levy

_____
Arthur D. Levy

**ORDER**

Good cause appearing, ~~the Case Management Conference scheduled in this case for July 17, 2009 is hereby reset to 10:30 a.m. on _____, 2009~~  defendants Richard L. Bradley and West Coast Scrap Producers, Inc., having not yet returned waivers of service, are hereby EXCUSED from attending the July 17, 2009 Case Management Conference.  All other parties are ORDERED to attend the July 17, 2009 Conference.

DATED:  July 15, 2009

United States District Judge

f:\docs\301-01\river watch\application to continue cmc.doc