ROBERT LAWRENCE (SBN 207099)
JOHN ERICKSON (SBN 52356)
COLLETTE ERICKSON FARMER & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 788-4646
Facsimile: (415) 788-6929

Attorneys for Defendants
OPTICAL COATING LABORATORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>        Plaintiffs,<br>vs.<br><br>WEST COAST METALS, INC., RICHARD L. BRADLEY, WEST COAST SCRAP PROCEDURES, INC., OPTICAL COATING LABORATORY, INC., DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:09-cv-02601-MMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT OPTICAL COATING LABORATORY, INC. TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>AND ORDER THEREON |

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME
1

OCLI 9.76

1   Plaintiff Northern California Watch ("Plaintiff") and Defendant Optical Coating
2   Laboratory, Inc. ("Defendant" or "OCLI") hereby stipulate and respectfully request that the Court
3   extend the time for Defendant to answer or otherwise respond to the Complaint to and including
4   October 1, 2009.  In support of this Stipulation, the parties state as follows:
5       WHEREAS, Plaintiff originally filed this action on June 11, 2009;
6       WHEREAS, Optical Coating Laboratory, Inc. was served with the Summons and
7   Complaint by Waiver in this action in July 8, 2009 and returned the same on August 8, 2009;
8       WHEREAS, Plaintiff and Defendant are working on a consent order and have not come to
9   a final agreement of said terms;
10       WHEREAS, OCLI's counsel has been involved in a jury trial since the end of April and
11   are currently still in trial;
12       WHEREAS, Plaintiff and Defendant seek an extension of time for OCLI to answer or
13   otherwise respond to the Complaint so that they may continue to focus their efforts on the consent
14   order unnecessarily utilizing judicial resources or incurring additional fees and costs related to the
15   filing of a responsive pleading;
16   **IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and
17   Defendant, by and through their respective undersigned attorneys, that Defendant OCLI shall have
18   an up to and including October 1, 2009, to answer or otherwise respond to Plaintiff's Complaint.
19   DATED: September 4, 2009        COLLETTE ERICKSON FARMER & O'NEILL LLP

By: _____
ROBERT LAWRENCE

Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.

DATED: September 4, 2009        LAW OFFICES OF JACK SILVER

By: _____
JACK SILVER

Attorneys for Plaintiff
NORHTERN CALIFORNIA WATCH

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME
2

OCLI 9.76

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

Dated:   September 9, 2009

3                                                              _____
Honorable MAXINE M. CHESNEY
Judge of the District Court, Northern District of California

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME
3

OCLI 9.76