Arthur D. Levy (SBN 95659)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 702-4550
Email: arthur@yesquire.com

Attorney for Defendants
RICHARD L. BRADLEY and
WEST COAST SCRAP PRODUCERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEST COAST METALS, INC., RICHARD L. BRADLEY, WEST COAST SCRAP PRODUCERS, INC., OPTICAL COATING LABORATORY, INC., DOES 1 THROUGH 10 Inclusive,<br><br>Defendants. | Case No.: C-09-2601 MMC<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE OR, IN THE ALTERNATIVE, ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO NEXT AVAILABLE DATE;** ~~PROPOSED~~ **ORDER** CONTINUING CASE MANAGEMENT CONFERENCE<br><br>**[Local Rule 16-10(a)]**<br><br>CMC Date: October 23, 2009<br>Time: 10:30 a.m.<br>Courtroom 7<br>Judge: Hon. Maxine M. Chesney |

I, Arthur D. Levy, declare:

1. I am lead trial counsel for defendants Richard L. Bradley and West Coast Scrap Producers, Inc. in this action.

2. Pursuant to Local Rule section 16-10(a), I respectfully request leave to appear at the October 23, 2009 Case Management Conference by telephone so that I may attend the National Consumer Law Center's Annual Consumer Rights Litigation Conference in

---

Case No.: C-09-2601 MMC – REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE OR, IN THE ALTERNATIVE, ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO NEXT AVAILABLE DATE; PROPOSED ORDER

1

1  Philadelphia, which runs from Thursday, October 22, through Sunday, October 25, 2009.

2      3.    My primary practice area is Consumer Protection Law. Since 2003, I have
3  attended the NCLC conference every year. The conference is the leading conference nationwide
4  for consumer advocacy. The conference is important to my practice because of the valuable
5  continuing education sessions presented at the conference. A copy of the conference agenda is
6  attached as Exhibit "A," which shows the intensive content of the program.

7      4.    Without relief from the Court, I would miss at least two of the three days of the
8  main conference, Thursday and Friday, October 22-23. The earliest I could fly to the conference
9  would be after the Case Management Conference, which would put in me Philadelphia late
10  Friday evening.

11      5.    I reluctantly make this request because I prefer to appear personally at the Case
12  Management Conference.

13      6.    Alternatively, I hereby make an administrative motion that the Court continue the
14  Case Management Conference for to next date convenient to the Court.

15  I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th
16  day of September 2009.

/s/ Arthur D. Levy

_____
Arthur D. Levy

## ORDER

~~Good cause appearing, Arthur D. Levy is granted leave to appear by telephone at the Case Management Conference scheduled in this case for October 23, 2009 at 10:30 a.m.~~

~~[OR]~~

Good cause appearing, the Case Management Conference scheduled in this case for October 23, 2009 at 10:30 a.m. is hereby continued to __October 30_____, 2009 at 10:30 a.m.

Case No.: C-09-2601 MMC – REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE OR, IN THE ALTERNATIVE, ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO NEXT AVAILABLE DATE; PROPOSED ORDER     2

1
2  DATED: September 17, 2009
3
                                                    _____
                                                    United States District Judge
4
   f:\docs\301-01\river watch\application to continue cmc.doc
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C-09-2601 MMC – REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY    3
TELEPHONE OR, IN THE ALTERNATIVE, ADMINISTRATIVE MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE TO NEXT AVAILABLE DATE; PROPOSED ORDER