1  ROBERT LAWRENCE (SBN 207099)
   JOHN ERICKSON (SBN 52356)
2  COLLETTE ERICKSON FARMER & O'NEILL LLP
   235 Pine Street, Suite 1300
3  San Francisco, CA 94104
   Telephone: (415) 788-4646
4  Facsimile: (415) 788-6929

5  Attorneys for Defendants
   OPTICAL COATING LABORATORY, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>WEST COAST METALS, INC., RICHARD L. BRADLEY, WEST COAST SCRAP PROCEDURES, INC., OPTICAL COATING LABORATORY, INC., DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:09-cv-02601-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO COMPLETE ADR** |

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME TO CONDUCT ADR
1                                                          OCLI 9.76

Plaintiff Northern California River Watch and Defendants Optical Coating Laboratory, Inc. ("OCLI"), West Coast Metals, Inc., Richard L. Bradley, and West Coast Scrap Producers, Inc. (collectively, "Defendants") hereby stipulate and respectfully request that the Court extend the time for the parties to complete the mandatory ADR session with the panel-appointed mediator in this matter, Bruce Winkelman of Craig & Winkelman LLP to and including January 22, 2010. In support of this Stipulation, the parties state as follows:

WHEREAS, Plaintiff originally filed this action on June 11, 2009;

WHEREAS, the last day to conduct mediation is currently set for January 9, 2010;

WHEREAS, parties are circulating both a proposed consent order and draft settlement agreement, and are optimistic that the case will be resolved prior to, and without, mediation;

WHEREAS, the parties conducted a telephonic conference with mediator Winkelman on November 3, 2009, and all parties agreed to the January 22, 2010 date on the basis that it would provide sufficient time to conclude informal settlement negotiations, and that in the event the mediation remains necessary the January 22, 2010 date gives sufficient time for briefs to be prepared and served after the December holidays;

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendants, by and through their respective undersigned attorneys, that the mediation of this matter shall take place on or before January 22, 2010.

DATED: November 3, 2009          COLLETTE ERICKSON FARMER & O'NEILL LLP

By:  /s/Robert Lawrence
       ROBERT LAWRENCE

Attorneys for Defendant
OPTICAL COATING LABORATORY, INC.

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME TO CONDUCT ADR
2
OCLI 9.76

DATED: November 3, 2009          LAW OFFICES OF JACK SILVER


                                 By: /s/Jack Silver
                                     JACK SILVER

                                 Attorneys for Plaintiff
                                 NORTHERN CALIFORNIA RIVER WATCH


DATED: November 3, 2009          GORDON & REES LLP


                                 By: /s/Mordecai Boone
                                     MORDECAI BOONE

                                 Attorney for Defendant
                                 WEST COAST METALS, INC.


DATED: November 3, 2009


                                 By: /s/Arthur D. Levy
                                     ARTHUR D. LEVY

                                 Attorney for Defendants
                                 RICHARD L. BRADLEY and
                                 WEST COAST SCRAP PRODUCERS, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: November _5_, 2009        _____
                                 HON. MAXINE M. CHESNEY
                                 Judge, District Court
                                 Northern District of California

COLLETTE ERICKSON
FARMER & O'NEILL LLP
ATTORNEYS AT LAW
235 PINE ST., SUITE 1300
SAN FRANCISCO, CA 94104
(415) 788-4646

STIPULATION FOR EXTENTION OF TIME TO CONDUCT ADR
3                                                          OCLI 9.76