Arthur D. Levy (SBN 95659)
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 702-4550
Email: arthur@yesquire.com

Attorneys for Defendants
RICHARD L. BRADLEY and
WEST COAST SCRAP PRODUCERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEST COAST METALS, INC., RICHARD L. BRADLEY, WEST COAST SCRAP PRODUCERS, INC., OPTICAL COATING LABORATORY, INC., DOES 1-10, Inclusive,<br><br>　　　　　Defendants<br>_____/ | Case No.: C-09-2601 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION AS TO ALL DEFENDANTS WITH PREJUDICE**<br><br>AND ORDER THEREON |

　　　　Pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, plaintiff Northern California River Watch, a non-profit corporation, on behalf of itself and its members ("Plaintiff"), on the one hand, and West Coast Metals, Inc.; Richard L. Bradley, individually and as Trustee of the Richard L. Bradley Trust; West Coast Scrap Producers, Inc.; and Optical Coating Laboratory, Inc. (collectively "Defendants"), on the other, hereby stipulate that all claims by Plaintiff against Defendants shall be dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

Dated: December 6, 2009　　　　　　　　　　_/s/ Jack Silver_
　　　　　　　　　　　　　　　　　　　　　　　Jack Silver
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Northern California River Watch

C09-02601 MMC
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION
AS TO ALL DEFENDANTS WITH PREJUDICE　　　　　　　　　　　　　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | Dated: December 9, 2009 | GORDON & REES LLP |
| 2 | | /s/ Mordecai D. Boone |
| 3 | | Mordecai D. Boone<br>Attorney for Defendant<br>West Coast Metals, Inc. |
| 5 | Dated: December 9, 2009 | /s/ Arthur D. Levy |
| 6 | | Arthur D. Levy<br>Attorney for Defendant<br>Richard L. Bradley and |
| 7 | | West Coast Scrap Producers, Inc. |
| 8 | Dated: December 9, 2009 | COLLETTE, ERICKSON, FARMERS & O'NEILL LLP |
| 10 | | /s/ Robert S. Lawrence |
| 11 | | Robert S. Lawrence<br>Attorney for Defendant<br>Optical Coating Laboratory, Inc. |

ORDER

It is ORDERED that the Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

DATED: December 22, 2009

_____
UNITED STATES DISTRICT JUDGE

C09-02601 MMC
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION
AS TO ALL DEFENDANTS WITH PREJUDICE                                           2